IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.. 24-60730 (JPS) |
| | § | |
| TOLEDO GAS GATHERING, LLC, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| TOLEDO GAS GATHERING, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 24-06048 |
| | § | |
| JASON DIAL AND CRESTLINE | § | |
| ENERGY PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

**EXHIBIT LIST FOR HEARINGS MARCH 19, 2025**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| TR-1 | Petition with Corporate Resolutions [Dkt. No. 1] | | | |
| TR-2 | Amended and Restated Regulations of Toledo Gas Gathering, L.L.C. | | | |
| TR-3 | Plaintiff's Original Complaint initiating the adversary proceeding styled *Toledo Gas Gathering, LLC v. Jason Dial and Crestline Energy Partners, LLC,* Adversary Proceeding No. 24-06048 [Dkt. No. 1] | | | |
| TR-4 | Memorandum Opinion entered in the Court of Appeals Second Appellate District of Texas at Fort Worth No. 02-21-00033-CV January 2, 2025 | | | |
| TR-5 | Amended Schedules [Dkt. Nos. 49 and 49-1] | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| TR-6 | Amended Schedules [Dkt Nos. 89 and 89-1] | | | |
| TR-7 | Amended Schedules [Dkt. Nos. 118 through 118-2] | | | |
| | Any exhibits designated by any other party | | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | | |

Dated March 14, 2025

**ROSS & SMITH, PC**

*/s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Honest Kapic
State Bar No.
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Telephone: 214-377-7879
Email: frances.smith@ross-and-smith.com
Email: honest.kapic@ross-and-smith.com
**CHAPTER 11 TRUSTEE FOR THE ESTATE OF RICHARD KEVIN RUSSELL**

### CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I caused to be served the foregoing document via the Court's electronic filing system upon all parties that have registered to receive service via ECF in this case.

*/s/ Frances A. Smith*
Frances A. Smith